CLARA PARISETTE, Appellant, v. LOUIS PARISETTE, Respondent.

APPEAL from order of Special Term denying plaintiff's motion to vary the terms of a decree of divorce by increasing the amount of alimony.

*John D. Townsend*, for appellant.

*Frederick C. Steffen*, for respondent.

*Per Curiam.* The denial of the motion herein by the judge at Special Term was based upon conclusions of fact fully supported by the affidavits.

The motion was properly denied. The order appealed from should be affirmed, with ten dollars costs and disbursements.

Present : FREEDMAN and GILDERSLEEVE, JJ.
Order affirmed, with ten dollars costs and disbursements.